## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHERI SAWYER, as personal representative of the estate of THOMAS RANDALL SAWYER, JR., : : : | |
| Plaintiff, : | |
| vs. : | CA 20-0234-KD-MU |
| COOPER TIRE & RUBBER COMPANY, : etc., et al., : | |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 10, 2020 is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's motion to remand (Doc. 11) is **GRANTED** and this action is **remanded** to the Circuit Court of Mobile County, Alabama. Plaintiff's within request for an award of attorneys' fees and costs (Doc. 11, at 9) is **DENIED**.

**DONE** this 7th day of August 2020.

        **s/ Kristi K. DuBose**
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**